**Order filed August 20, 2015**



In The

# Fourteenth Court of Appeals

_____

NO. 14-15-00460-CV
_____

**ALLEN F. CALTON, Appellant**

**V.**

**JASON NEWMAN, LAUREN TANNER AND BAKER BOTTS, LLP,**
**Appellees**

On Appeal from the 152nd District Court
Harris County, Texas
Trial Court Cause No. 2014-09348

## ORDER

This is an appeal from a judgment signed January 20, 2015. The clerk's record has not been filed in this appeal. The District Clerk has informed this court that appellant did not pay for preparation of the clerk's record. In response to notices from this court, appellant filed an affidavit of indigence, which this court referred to the trial court. We have been advised that a contest to the affidavit was filed, but have not been advised of the ruling on the contest.

To determine whether appellant is entitled to proceed without the advance payment of costs, we issue the following order for a partial clerk's record.

We order the Harris County District Clerk to file a partial clerk's record with the clerk of this court on or before **September 21, 2015.** In order that this court may ascertain its jurisdiction over the appeal, the **partial clerk's record** shall contain **(1)** the judgment being appealed; **(2)** any motion for new trial or other post-judgment motion; and **(3)** the notice of appeal. In addition, the **partial clerk's record** shall contain: **(4)** appellant's affidavit of indigence; **(5)** the contest(s) to the affidavit of indigence, if any; **(6)** the trial court's order ruling on any contest; **(7)** any other documents pertaining to the claim of indigence and the contests thereto.

PER CURIAM